AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

REYNALDO GAMBOA,

    Plaintiff,    JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:10-cv-00724-LRH-RAM**

E.K. MCDANIELS, et al.,

    Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice.

   November 24, 2010         **LANCE S. WILSON**
                                            Clerk

                                      /s/ Katie Lynn Ogden
                                          Deputy Clerk